# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Timothy J. | U.S. District Court for the District of Columbia | 03/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Prettyman U.S. Federal Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▓▓▓▓▓▓ | Tuition Agreement | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Timothy J.** | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo (cash) | A | Interest | K | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. Wells Fargo Bank Standard Deposit (cash) (X) | A | Interest | J | T | | | | | |
| 5. Invesco Tr II Emerging Mkts Sovereign ETF (PCY) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 6. Ishares Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 7. Ishares Core S&P Mid ETF (IJH) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 8. Ishares Core S&P 500 Index Fd (IVV) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 9. Ishares Core U.S. Aggregate Bond ETF (AGG) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 10. Ishares Iboxx High Yield Corp Bond ETF (HYG) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 11. Ishares S&P 500 Growth ETF (IVW) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 12. Ishares S&P 500 Value ETF (IVE) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 13. Vanguard FTSE Developed Mkts ETF (VEA) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 14. Vanguard Intl Equity Index Fds Ftse Emerging Mkts ETF (VWO) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 15. Vanguard Mid Cap ETF (VO) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 16. Baron Select Funds Emerging Markets Fd Instl Shs (BEXIX) | | None | | | Buy | 06/16/20 | J | | |
| 17. | | | | | Buy (add'l) | 06/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 11/10/20 | K | C | |
| 19. Eagle Small Cap Growth Fund I (HSIIX) | | None | | | Sold | 11/10/20 | J | B | |
| 20. Dodge & Cox FDS Intl Stk Fd (DODFX) | | None | | | Sold | 06/16/20 | J | A | |
| 21. Eaton Vance Income Fund of Boston I (EIBIX) | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 22. AMG Times Square Mid Cap Growth Fund N (TQMIX) | | None | | | Sold | 11/10/20 | J | B | |
| 23. John Hancock Classic Value Fund I (JCVIX) | | None | | | Buy (add'l) | 04/24/20 | J | | |
| 24. | | | | | Sold | 06/16/20 | J | B | |
| 25. American Funds Washington Mutual Investors Fund F-2 (WMFFX) | A | Dividend | | | Buy (add'l) | 06/16/20 | J | | |
| 26. | | | | | Sold | 11/10/20 | K | B | |
| 27. Lazard Emerging Market Equity Portfolio Institutional (LZEMX) | | None | | | Sold | 06/16/20 | J | A | |
| 28. MFS Value Fund Class I (MEIIX) | A | Dividend | | | Buy (add'l) | 06/16/20 | J | | |
| 29. | | | | | Sold | 11/10/20 | K | B | |
| 30. MFS Emerging Markets Debt I (MEDIX) | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 31. MainStay Large Cap Growth Fund I (MLAIX) | | None | | | Sold (part) | 04/24/20 | J | A | |
| 32. | | | | | Sold | 11/10/20 | J | C | |
| 33. Wells Fargo Emerging Growth Fund I (WEMIX) | | None | | | Sold | 11/10/20 | J | B | |
| 34. Invesco Oppenheimer Developing Markets Fund Y (ODVYX) | | None | | | Sold | 11/10/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price Intl Fd Overseas Stk Fd (TROSX) | | None | | | Buy (add'l) | 06/16/20 | J | | |
| 36. | | | | | Sold | 11/10/20 | K | B | |
| 37. Virtus Asset TR Ceredex Mid Cap Value Equity Fd CL I (SMVTX) | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 38. Victory Sycamore Small Company Opportunity Fund I (VSOIX) | | None | | | Buy (add'l) | 04/24/20 | J | | |
| 39. | | | | | Sold | 11/10/20 | K | B | |
| 40. Voya Large-Cap Growth Fund I (PLCIX) | | None | | | Sold (part) | 04/24/20 | J | A | |
| 41. | | | | | Sold | 11/10/20 | J | A | |
| 42. Wells Fargo Core Bond Fund I (MBFIX) | A | Dividend | | | Sold (part) | 04/24/20 | J | A | |
| 43. | | | | | Sold | 11/10/20 | J | A | |
| 44. Account #2 (H) | | | | | | | | | |
| 45. Ishares Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 46. Ishares Core S&P Mid ETF (IJH) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 47. Ishares Core S&P 500 Index Fd (IVV) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 48. Ishares Core U.S. Aggregate Bond ETF (AGG) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 49. Ishares S&P 500 Growth ETF (IVW) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 50. Ishares S&P 500 Value ETF (IVE) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 51. Vanguard FTSE Developed Mkts ETF (VEA) | A | Dividend | J | T | Buy | 11/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vanguard Intl Equity Index Fds Ftse Emerging Mkts ETF (VWO) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 53. Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 54. Baron Select Funds Emerging Markets Fd Instl Shs (BEXIX) | | None | | | Buy | 07/16/20 | J | | |
| 55. | | | | | Sold | 11/10/20 | J | A | |
| 56. Eagle Small Cap Growth Fund I (HSIIX) (X) | | None | | | Sold | 11/10/20 | J | A | |
| 57. Dodge & Cox FDS Intl Stk Fd (DODFX) | | None | | | Sold | 06/16/20 | J | | |
| 58. AMG Times Square Mid Cap Growth Fund N (TQMIX) | | None | | | Sold | 11/10/20 | J | A | |
| 59. John Hancock Classic Value Fund I (JCVIX) | | None | | | Sold | 06/16/20 | J | | |
| 60. American Funds Washington Mutual Investors Fund F-2 (WMFFX) | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 61. Lazard Emerging Market Equity Portfolio Institutional (LZEMX) | | None | | | Sold | 06/16/20 | J | | |
| 62. MFS Value Fund Class I (MEIIX) | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 63. MainStay Large Cap Growth Fund I (MLAIX) | | None | | | Sold | 11/10/20 | J | A | |
| 64. Wells Fargo Emerging Growth Fund I (WEMIX) (X) | | None | | | Sold | 11/10/20 | J | A | |
| 65. Invesco Oppenheimer Developing Markets Fund Y (ODVYX) | | None | | | Sold | 11/10/20 | J | A | |
| 66. T Rowe Price Intl Fd Overseas Stk Fd (TROSX) | | None | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 67. | | | | | Sold | 11/10/20 | J | A | |
| 68. Virtus Asset TR Ceredex Mid Cap Value Equity Fd CL I (SMVTX) | A | Dividend | | | Sold | 11/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Timothy J.** | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Victory Sycamore Small Company Opportunity Fund I (VSOIX) | | None | | | Sold | 11/10/20 | J | | |
| 70. Voya Large-Cap Growth Fund I (PLCIX) | | None | | | Sold | 11/10/20 | J | A | |
| 71. Account #3 (H) | | | | | | | | | |
| 72. Invesco Tr II Emerging Mkts Sovereign ETF (PCY) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 73. Ishares Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 74. Ishares Core S&P Mid ETF (IJH) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 75. Ishares Core S&P 500 Index Fd (IVV) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 76. Ishares Core U.S. Aggregate Bond ETF (AGG) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 77. Ishares Iboxx High Yield Corp Bond ETF (HYG) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 78. Ishares S&P 500 Growth ETF (IVW) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 79. Ishares S&P 500 Value ETF (IVE) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 80. Vanguard FTSE Developed Mkts ETF (VEA) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 81. Vanguard Intl Equity Index Fds Ftse Emerging Mkts ETF (VWO) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 82. Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 83. Baron Select Funds Emerging Markets Fd Instl Shs (BEXIX) | | None | | | Buy | 06/16/20 | J | | |
| 84. | | | | | Sold | 11/10/20 | J | A | |
| 85. Eagle Small Cap Growth Fund I (HSIIX) | | None | | | Sold | 11/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Dodge & Cox FDS Intl Stk Fd (DODFX) | | None | | | Sold | 06/16/20 | J | | |
| 87. Eaton Vance Income Fund of Boston I (EIBIX) | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 88. AMG Times Square Mid Cap Growth Fund N (TQMIX) | | None | | | Sold | 11/10/20 | J | A | |
| 89. John Hancock Classic Value Fund I (JCVIX) | | None | | | Sold | 06/16/20 | J | B | |
| 90. American Funds Washington Mutual Investors Fund F-2 (WMFFX) | A | Dividend | | | Buy (add'l) | 06/16/20 | J | | |
| 91. | | | | | Sold | 11/10/20 | J | A | |
| 92. Lazard Emerging Market Equity Portfolio Institutional (LZEMX) | | None | | | Sold | 06/16/20 | J | | |
| 93. MFS Value Fund Class I (MEIIX) | A | Dividend | | | Buy (add'l) | 06/16/20 | J | | |
| 94. | | | | | Sold | 11/10/20 | J | A | |
| 95. MFS Emerging Markets Debt I (MEDIX) | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 96. MainStay Large Cap Growth Fund I (MLAIX) | | None | | | Sold (part) | 05/19/20 | J | A | |
| 97. | | | | | Sold | 11/10/20 | J | A | |
| 98. Wells Fargo Emerging Growth Fund I (WEMIX) | | None | | | Sold | 11/10/20 | J | A | |
| 99. Oppenheimer Invesco Developing Markets Fund Y (ODVYX) | | None | | | Sold | 11/10/20 | J | B | |
| 100. T Rowe Price Intl Fd Overseas Stk Fd (TROSX) | | None | | | Buy (add'l) | 06/16/20 | J | | |
| 101. | | | | | Sold | 11/10/20 | J | A | |
| 102. Virtus Asset TR Ceredex Mid Cap Value Equity Fd CL I (SMVTX) | A | Dividend | | | Sold | 11/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Timothy J.** | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Victory Sycamore Small Company Opportunity Fund I (VSOIX) | | None | | | Sold | 11/10/20 | J | A | |
| 104.  Voya Large-Cap Growth Fund I (PLCIX) | | None | | | Sold | 11/10/20 | J | B | |
| 105.  Wells Fargo Core Bond Fund I (MBFIX) | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 106.  Account #4 (H) | | | | | | | | | |
| 107.  Vanguard Target Retirement 2035 Trust | | None | K | T | | | | | |
| 108.  Account #5 (H) | | | | | | | | | |
| 109.  Vanguard Target Retirement 2035 Trust | | None | L | T | | | | | |
| 110.  Account #6 (H) | | | | | | | | | |
| 111.  Wells Fargo Bank Standard Deposit (cash) (X) | A | Interest | J | T | | | | | |
| 112.  Goldman Sachs Activebeta US Large Cap Equity ETF (GSLC) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 113.  Invesco Optimum Divsified Commodity Strategy No K-1 ETF (PDBC) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 114.  Ishares PFD & Income Secs ETF (PFF) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 115.  Ishares Core S&P Tot U.S. Stock Mkt ETF (ITOT) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 116.  Ishares Core S&P 500 Index Fd ETF (IVV) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 117.  Ishares Core Total USB Bond Market ETF (IUSB) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 118.  Ishares Core U.S. Aggregate Bond ETF (AGG) | A | Dividend | L | T | Buy | 11/10/20 | L | | |
| 119. | | | | | Buy (add'l) | 11/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Ishares Iboxx High Yield Corp Bond ETF (HYG) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 121. Ishares JP Morgan USD Emerging Mkts ETF (EMB) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 122. Ishares MBS ETF (MBB) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 123. Vanguard Intermediate Term Corp Bond ETF (VCIT) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 124. Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 125. Xtrackers USD High Yield Corp Bond ETF (HYLB) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 126. SPDR Gold Trust ETF (GLD) | | None | | | Sold | 11/10/20 | J | | |
| 127. Market Vectors Gold Miners ETF (GDX) | | None | | | Sold | 11/10/20 | J | | |
| 128. Diamond Hill Large Cap Fund I (DHLRX) | | None | | | Sold | 11/10/20 | J | B | |
| 129. Franklin Fed. Intermediate-Term Tax-Free Income Fund Advisor (FITZX) | A | Dividend | | | Sold (part) | 06/19/20 | J | A | |
| 130. | | | | | Sold | 11/10/20 | J | | |
| 131. Goldman Sachs Investor Tax-Exempt Money Market Fund FST (FTXXX) | A | Dividend | | | Sold | 11/10/20 | J | | |
| 132. Harbor Small Cap Value Fund Institutional (HASCX) | | None | | | Sold | 11/10/20 | J | B | |
| 133. Harbor Capital Appreciation Fund Institutional (HACAX) | | None | | | Sold (part) | 06/19/20 | J | A | |
| 134. | | | | | Sold | 11/10/20 | J | C | |
| 135. American Funds New World Fund F-2 (NFFFX) | | None | | | Sold (part) | 08/12/20 | J | A | |
| 136. | | | | | Sold | 11/10/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  John Hancock Funds Disciplined Value Mid Cap Fund I (JVMIX) | | None | | | Sold | 11/10/20 | J | A | |
| 138.  MFS Municipal High Income Fund I (MMIIX) | A | Dividend | | | Sold (part) | 08/12/20 | J | A | |
| 139. | | | | | Sold | 11/10/20 | K | | |
| 140.  Nuveen Limited Term Municipal Bond Fund I (FLTRX) | A | Dividend | | | Sold (part) | 06/19/20 | J | A | |
| 141. | | | | | Sold | 11/10/20 | K | A | |
| 142.  Nuveen Intermediate Duration Municipal Bond Fund I (NUVBX) | A | Dividend | | | Sold (part) | 06/19/20 | J | A | |
| 143. | | | | | Sold | 11/10/20 | K | A | |
| 144.  Nuveen Real Estate Securities Fund I (FARCX) | A | Dividend | | | Sold | 11/10/20 | J | | |
| 145.  Oakmark International Fund Investor Class (OAYIX) | | None | | | Sold | 11/10/20 | J | A | |
| 146.  T. Rowe Price Equity Income Fund (PRFDX) | A | Dividend | | | Sold | 11/10/20 | K | | |
| 147.  T. Rowe Price Summit Mun Fds Inc-Mun FD (PRSMX) | A | Dividend | | | Sold (part) | 06/19/20 | J | A | |
| 148. | | | | | Sold | 11/10/20 | K | A | |
| 149.  T. Rowe Price Blue Chip Growth Fund (TRBCX) | | None | | | Sold (part) | 06/19/20 | J | A | |
| 150. | | | | | Sold | 11/10/20 | J | C | |
| 151.  T. Rowe Price Mid-Cap Growth Fund (RPMGX) | | None | | | Sold (part) | 06/19/20 | J | A | |
| 152. | | | | | Sold | 11/10/20 | J | B | |
| 153.  Thornburg Limited Term Municipal Fund I (LTMIX) | A | Dividend | | | Sold | 11/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Timothy J.** | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Account #7 (H) | | | | | | | | | |
| 155.  Wells Fargo (cash) | A | Interest | K | T | | | | | |
| 156.  Crown Banking (cash) (Y) | | | | | | | | | |
| 157.  Invesco QQQ Tr ETF (QQQ) | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 158.  Invesco Tr II S&P 500 Low Volatility (SPLV) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 159.  Ishares Core S&P Smallcap ETF (IJR) | A | Dividend | J | T | | | | | |
| 160.  Ishares Edge MSCI Min Vol Emerg Mkts ETF (EEMV) | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 161.  SPDR Dow Jones Indl Avg ETF Tr (DIA) | A | Dividend | J | T | | | | | |
| 162.  SPDR S&P 500 Trust ETF (SPY) | A | Dividend | J | T | | | | | |
| 163.  Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 164.  Vanguard FTSE Developed Mkts ETF (VEA) | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 165.  Vanguard Index Fds S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 166.  Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 167.  Vanguard Russell 1000 ETF (VONE) | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 168.  Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 169.  General Elec Cap Corp Note 5.550% (36966R5P7) | | None | | | Buy | 03/13/20 | J | | |
| 170. | | | | | Sold | 05/26/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Goldman Sachs Grp Inc Note 5.500% (38141E2G3) | A | Interest | | | Buy | 03/13/20 | J | | |
| 172. | | | | | Sold | 05/26/20 | J | A | |
| 173. GE Capital Medium Term Note 3.600% (36966THG0) | | None | | | Buy | 03/13/20 | J | | |
| 174. | | None | | | Sold | 05/26/20 | J | B | |
| 175. GE Capital Medium Term Note 3.750% (36966THL9) | | None | | | Buy | 03/13/20 | J | | |
| 176. | | | | | Sold | 05/26/20 | J | B | |
| 177. Philadelphia PA Hosps & High Ed Facs Auth Rev 5.250% (717825PQ0) | A | Interest | | | Buy | 03/13/20 | J | | |
| 178. | | | | | Redeemed | 05/15/20 | J | | |
| 179. Hempfield PA Area Sch Dist Westmoreland Cnty 5.0% (423725NG1) | A | Interest | | | Buy | 03/13/20 | J | | |
| 180. | | | | | Sold | 05/26/20 | J | A | |
| 181. Pike Cnty PA Serv B 4.0% (721279FV4) | A | Interest | | | Buy | 03/13/20 | J | | |
| 182. | | | | | Sold | 05/26/20 | J | A | |
| 183. Monroeville PA Fin Auth UPMC Rev 5.0% (611530AX4) | | None | | | Buy | 03/13/20 | K | | |
| 184. | | | | | Sold | 05/26/20 | K | A | |
| 185. Utah Tran Auth Sales Tax Rev 5.250% (917565HD8) | | None | | | Buy | 03/13/20 | J | | |
| 186. | | | | | Sold | 05/26/20 | J | A | |
| 187. Dauphin Cnty PA 5.0% (238253A73) | A | Interest | | | Buy | 03/13/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Timothy J.** | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 05/26/20 | J | A | |
| 189. Unitversity TX Univ Revs 5.375%<br>(9151373W1) | | None | | | Buy | 03/13/20 | J | | |
| 190. | | | | | Sold | 05/26/20 | J | A | |
| 191. Pikeville KY Hsp Rev 6.250%<br>( 72134PBJ0) | A | Interest | | | Buy | 03/13/20 | J | | |
| 192. | | | | | Sold | 11/10/20 | J | | |
| 193. Pennsbury PA Sch Dist 5.0% (708553PT3) | | None | | | Buy | 03/13/20 | J | | |
| 194. | | | | | Sold | 05/26/20 | K | A | |
| 195. West Chester PA Area Sch Dist 5.0%<br>(952030X66) | | None | | | Buy | 03/13/20 | J | | |
| 196. | | | | | Sold | 05/26/20 | J | A | |
| 197. State Pub Sch Bldg Auth PA Cllg 5.0%<br>(85732MJ73) | A | Interest | | | Buy | 03/13/20 | J | | |
| 198. | | | | | Sold | 05/26/20 | J | A | |
| 199. Massachusetts St Cons Ln-Ser F 4.0%<br>(57582RAG1) | A | Interest | | | Buy | 03/13/20 | J | | |
| 200. | | | | | Sold | 05/26/20 | J | A | |
| 201. AMG Times Square Mid Cap Growth Fund<br>Cl N (TIMDPX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 202. Invesco Global Real Estate Y (ARGYX) | A | Dividend | | | Buy | 03/13/20 | J | | |
| 203. | | | | | Sold | 11/06/20 | J | | |
| 204. Blair William FDS Intl Growth Fd Cl I<br>(BIGIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Timothy J.** | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Carillon Ser Tr Eagle Small Cap Growth Fd Cl I (HSIIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 206. Advisors Inner Circle Fd Cambiar Oppty Fd Instl Cl (CAMWX) | A | Distribution | J | T | Buy | 03/13/20 | J | | |
| 207. Delaware Group Equity Fds II-Value Fd Instl Cl (DDVIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 208. First Eagle Funds Sogen Overseas Fd Cl I (SGOIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 209. Hancock John Cap Ser Classic Value Fd Cl I (JCVIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 210. Hotchkis & Wiley Fds Mid Cap Value Fd Cl I (HWMIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 211. American Funds Washington Mutual Investors Fund F-2 (WMFFX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 212. Invesco Oppenheimer Developing Markets Fund Y (ODVYX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 213. Lazard Emerging Market Equity Portfolio Institutional (LZEMX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 214. Lord Abbet High Yield Fund Class F (LHYFX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 215. MainStay Large Cap Growth Fund I (MLAIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 216. Wells Fargo Emerging Growth Fund I (WEMIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 217. Victory Sycamore Small Company Opportunity Fund I (VSOIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 218. Voya Large-Cap Growth Fund I (PLCIX) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 219. Wells Fargo Money Market Fd Premier Cl (WMPXX) (cash) | A | Dividend | | | Open | 03/13/20 | M | | |
| 220. | | | | | Closed | 11/06/20 | M | | |
| 221. Account #8 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Wells Fargo Expanded Bank Deposit (cash) | A | Interest | J | T | Open | 11/09/20 | M | | |
| 223. Goldman Sachs US Large Cap Equity ETF (GSLC) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 224. Invesco Optimum Divsified Commodity Strategy No K-1 ETF (PDBC) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 225. Ishares PFD & Income Secs ETF (PFF) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 226. Ishares Core S&P Tot U.S. Stock Mkt ETF (ITOT) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 227. Ishares Core S&P 500 Index Fd (IVV) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 228. Ishares Core Total USB Bond Market ETF (IUSB) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 229. Ishares Core U.S. Aggregate Bond ETF (AGG) | A | Dividend | M | T | Buy | 11/10/20 | M | | |
| 230. Ishares Iboxx High Yield Corp Bond ETF (HYG) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 231. Ishares JP Morgan USD Emerging Mkts ETF (EMB) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 232. Ishares MBS ETF (MBB) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 233. Vanguard Intermediate Term Corp Bond ETF (VCIT) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 234. Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 235. Xtrackers USD High Yield Corp Bond ETF (HYLB) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 236. Account #9 (H) | | | | | | | | | |
| 237. American Funds The Growth Fund of America 529-A (CGFAX) | C | Dividend | L | T | | | | | |
| 238. American Funds The New Economy Fund 529-A (CNGAX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. American Funds New Perspective Fund 529-A (CNPAX) | B | Dividend | L | T | | | | | |
| 240. American Funds New World Fund 529-A (CNWAX) | A | Dividend | K | T | | | | | |
| 241. American Funds SmallCap World Fund 529-A (CSPAX) | A | Dividend | K | T | | | | | |
| 242. American Funds College 2027 Fund 529-A (CSTAX) | B | Dividend | K | T | | | | | |
| 243. Account #10 (H) | | | | | | | | | |
| 244. American Funds The Growth Fund of America 529-A (CGFAX) | A | Dividend | J | T | | | | | |
| 245. American Funds The New Economy Fund 529-A (CNGAX) | A | Dividend | J | T | | | | | |
| 246. American Funds New Perspective Fund 529-A (CNPAX) | A | Dividend | J | T | | | | | |
| 247. American Funds New World Fund 529-A (CNWAX) | A | Dividend | J | T | | | | | |
| 248. American Funds SmallCap World Fund 529-A (CSPAX) | A | Dividend | J | T | | | | | |
| 249. American Funds College 2030 Fund 529-A (CTHAX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Timothy J.** | 03/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 03/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Timothy J. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544